UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELSON CARRILLO GONZALEZ,

Petitioner,

v. Case No.: 2:26-cv-2261-SPC-NPM

WARDEN, KROME NORTH SERVICE PROCESSING CENTER *et al.*,

Respondents.

______________________________/

**ORDER**

Before the Court is Petitioner Nelson Carrillo Gonzalez's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). Carrillo Gonzalez challenges the legality of his detention in Krome North Service Processing Center in Miami, Florida. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should…file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004). The Court thus finds this action should be transferred to the Miami Division of the Southern District of Florida. 28 U.S.C. § 2241(a).

Accordingly, it is

**ORDERED:**

1. Under 28 U.S.C. § 1631 this case is **TRANSFERRED** to the Miami Division of the Southern District of Florida for all further proceedings.
2. The Clerk is **DIRECTED** to forward the file to that Division, deny any motions as moot, terminate the deadlines, and close the Fort Myers file.

**DONE** and **ORDERED** in Fort Myers, Florida on July 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record